IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30065-DWD |
| | ) | |
| JEFF Q. SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On September 15, 2023, this Court entered order of forfeiture (Doc.23) against defendant Jeff Q. Sanders for the following property which had been seized from the defendant:

1. Any and all funds or assets contained in Robinhood Financial LLC Account#xxxxx9702; and
2. Any and all funds or assets contained in Edward Jones Investments Account #xxx-xxx79-1-3.

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 20, 2023, and ending October 19, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that

1

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc.23) filed on September 15, 2023, namely:

1. **Any and all funds or assets contained in Robinhood Financial LLC Account#xxxxx9702; and**

2. **Any and all funds or assets contained in Edward Jones Investments Account #xxx-xxx79-1-3.**

The United States Marshal or the custodian for the Drug Enforcement Administration shall dispose of the property according to law.

**DATE: April 16, 2024**

                                            *s/David W. Dugan*
                                            **DAVID W. DUGAN**
                                            **United States District Court Judge**